John HIRNING, as Superintendent of Banks for the State of South Dakota, and Bon Homme County Bank, Plaintiffs in Error, v. IOWA STATE SAV. BANK, Defendant in Error.

(Circuit Court of Appeals, Eighth Circuit. August 4, 1924.)

In Error to the District Court of the United States for the Northern District of Iowa; George C. Scott, Judge.

E. E. Wagner, of Sioux City, Iowa (George J. Danforth, of Sioux Falls, S. D., and Robert B. Pike and Karl J. Knoepfler, both of Sioux City, Iowa, on the brief), for plaintiffs in error.

Charles M. Stilwill, of Sioux City, Iowa (Deloss P. Shull, of Sioux City, Iowa, on the brief), for defendant in error.

Before LEWIS, Circuit Judge, and BOOTH and SYMES, District Judges.

BOOTH, District Judge. This is a companion case to No. 6444, Hirning v. Live Stock National Bank, 1 Fed. (2d) 307, and judgment went for defendant as in that case. The facts in the two cases are quite similar, except that in the instant case the notes involved were alleged by defendant to be forgeries. We do not understand that the parties claim this to be a vital difference. The condition of the records in the two cases is substantially the same. The questions raised as to the admission or exclusion of testimony are, so far as they are of material importance, the same in both cases.

The conclusions reached by this court in case No. 6444 are, in our opinion, controlling in the disposition of the instant case. The judgment is affirmed.